UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SHORT-E LLC and BETH ANN
SCHARRER, AS CH. 7 TRUSTEE,

    Plaintiffs,

v.                                       Case No.:  2:21-cv-162-SPC-MRM

ELISEO CIERRA and
IHEARTMEDIA INC.,

    Defendants.
_____/

### **ORDER**[1]

    Before the Court is the parties' Notice of Pending Settlement (Doc. 69). The parties anticipate entering into a written settlement agreement which will include a dismissal of this case upon approval of the Bankruptcy Court. In the meantime, the Court will stay the case. See *Clinton v. Jones*, 520 U.S. 681, 706 (1997).

    Accordingly, it is now

    **ORDERED:**

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

1. All deadlines and proceedings in this case are **STAYED** until the Bankruptcy Court decides whether to approve the parties' settlement.

2. The parties are **DIRECTED** to notify the Court of the Bankruptcy Court's decision within **seven (7) days** of a ruling.

3. The Clerk is **DIRECTED** to add a stay flag on the docket.

**DONE** and **ORDERED** in Fort Myers, Florida on January 24, 2022.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record