**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

**CASE NO. 2:21-cv-00162-CHAPPELL/McCOY**

BETH ANN SCHARRER, as
Chapter 7 Trustee, and
SHORT-E, LLC,

    Plaintiffs,

  vs.

ELISEO CIERRA and
IHEARTMEDIA, INC.,

    Defendants.

**PARTIES' NOTICE OF APPROVAL OF COMPROMISE BY BANKRUPTCY COURT**

   Plaintiffs, Beth Ann Scharrer, as Chapter 7 Trustee, and Short-E, LLC ("Plaintiffs"), and

Defendants, Eliseo Cierra and iHeartMedia, Inc. ("Defendants") (collectively, the "Parties"), by

and through undersigned counsel, and pursuant to the Order issued by this Court on January 24,

2022, hereby give notice that the United States Bankruptcy Court for the Middle District of Florida

governing the estate of Erik Mishiyev in *In re: Erik Mishiyev*, Case No.  8:21-bk-02324-FMD has

issued an Order Granting the Motion to Approve Compromise.

   At this time, the Parties are in the process of implementing the terms approved by the

Bankruptcy Court. The final step in the implementation will be for the Parties to enter a dismissal

of this action.

*[signature on following page]*

Date: May 3, 2022

Respectfully submitted,

**LOTT & FISCHER, PL**

**SHUMAKER, LOOP & KENDRICK, LLP**

By: **/s/ Steven M. Berman**
**STEVEN M. BERMAN, ESQ.**
Florida Bar No.: 856290
E-Mail: sberman@shumaker.com
**SETH P. TRAUB, ESQ.**
Florida Bar No.: 022088
E-Mail: straub@shumaker.com
101 E. Kennedy Blvd., Suite 2800
Tampa, Florida 33602
Phone (813) 229-7600
*Counsel for Beth Ann Scharrer, as*
*Chapter 7 Trustee*

**/s/ Leslie J. Lott**
Leslie J. Lott
Florida Bar No. 182196
E-mail: ljlott@lottfischer.com
Ury Fischer
Florida Bar No. 048534
E-mail: ufischer@lottfischer.com
Dylan H. Smith
Florida Bar No. 113122
E-mail: dsmith@lottfischer.com
255 Aragon Avenue, Third Floor
Coral Gables, FL 33134
Telephone: (305) 448-7089
Facsimile: (305) 446-6191

***Attorneys for Defendants Eliseo Cierra and
iHeartMedia, Inc.***

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on May 3, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.


      /s/ Leslie J. Lott
      Leslie J. Lott

**LOTT & FISCHER, PL** • 255 Aragon Avenue • Third Floor • Coral Gables, FL  33134
Telephone: (305) 448-7089 • Facsimile: (305) 446-6191

## SERVICE LIST

*Beth Ann Scharrer, as Trustee v. Cierra, et al.*
United States District Court, Middle District of Florida
CASE NO. 2:21-CV-00162

Service via CM/ECF generated Notices of Electronic Filing:

**SHUMAKER, LOOP & KENDRICK, LLP**
Steven M. Berman
E-mail:  sberman@shumaker.com
Seth P. Traub
E-Mail:  straub@shumaker.com
101 E. Kennedy Blvd., Suite 2800
Tampa, FL  33602
Telephone:  (813) 229-7600

*Counsel for Beth Ann Scharrer, as Chapter 7
Trustee*

**LOTT & FISCHER, PL** • 255 Aragon Avenue • Third Floor • Coral Gables, FL  33134
Telephone: (305) 448-7089 • Facsimile: (305) 446-6191